# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA MOORE : | |
| : | |
| v. : | CIVIL ACTION NO. 17-1324 |
| : | |
| KEVIN M. BYRNES, ET AL. : | |

## ORDER

This 21st day of June, 2017, it is hereby **ORDERED** that the Motion to Substitute the United States and to Dismiss the Complaint (Doc #3) is **GRANTED**. The United States is substituted for Kevin Burns as the sole defendant. Plaintiff's Motion to Remand (Doc #2) is **DENIED**. This action is **DISMISSED without prejudice** pending Plaintiff's exhaustion of administrative remedies under the Federal Tort Claims Act.

      /s/ Gerald Austin McHugh
      United States District Judge